# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00809-CR

**Paul Boris Golceff, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-052, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's counsel has filed a motion for extension of time to file appellant's brief—his sixth—now seeking an extension until at least July 1, 2014. Counsel insists that this should be the final extension he needs, and we agree. We grant the motion and ORDER counsel to file appellant's brief no later than July 7, 2014. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered. *See* Tex. R. App. P. 38.8(b).

It is ordered on June 25, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose

Do Not Publish